IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DEAN HAMILTON, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:10-CV-00712-DJS |
| ) | |
| CITY OF OVERLAND, et al. ) | |
| ) | |
| Defendants. ) | |

NOTICE OF SETTLEMENT

COMES NOW PLAINTIFFS', by and through Counsel, and hereby informs the Court that the parties have reached a full settlement of all claims.

Respectfully submitted,

KOLKER & GERMEROTH, LLC

/S/ Thomas P. Germeroth
Thomas P. Germeroth, #69096
7730 Carondelet Avenue, Suite 310
Clayton, Missouri 63105
314-727-4529 (telephone)
314-727-8529 (facsimile)
Attorneys for Plaintiff
JEROME L. LEFTON LAW OFFICE

/S/ Daniel L. Lefton
DANIEL L. LEFTON
1015 Locust Street, #808
St. Louis, MO 63101
(314)231-1166 (telephone)
(314)231-5852
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served by electronic service and by mailing a copy by US Mail postage prepaid this ___ day of _____, 2011 to:

Robert J. Krehbiel
KING, KREHBIEL, HELLMCIH, HACKING
& BORBONUS, LLC
2000 S. Hanley Rd
St. Louis, MO 63144-1524
*Attorney for Defendant City of Overland*

Rick Barry, III
LAW OFFICES OF RICK BARRY, P.C.
2726 S. Brentwood Blvd.
St. Louis, MO 63144
*Attorney for Defendant Andrew Ringeisen*

Robert L. Devoto, LLC
Attorney for Intervenor
9322 Manchester Road
St. Louis, MO 63119-1450
314/961-0097 ext.14
Fax: 314/961-6107
Attorneys for Plaintiff

/S/ Thomas P. Germeroth