RECEIVED
BY MAIL

JAN 21 2011

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Michael Hamilton, et al

Vs.

City of Overland, et al

Case No. 4:10-cv-00712

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

**Option 1**

( )   An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for _____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case. All other extensions require court approval.*

**Option 2**

( X )   A final ADR conference was held on January 19, 2011.

( X )   All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

( )   The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____

The ADR referral was concluded on January 19, 2011. The parties [(X) did  ( ) did not] achieve a settlement.

**Option 3**

( )   Although this case was referred to ADR, a conference WAS NOT HELD.

1-19-11
Date

E Thomas Liese
Neutral, Mr. E. Thomas Liese