UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH RAYMOND HAMILTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV712 RWS |
| | ) | |
| CITY OF OVERLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

    **IT IS HEREBY ORDERED** that a settlement hearing in this matter is set on **February 28, 2011 at 2:00 p.m.** in Courtroom 10 South.


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 9th day of February, 2011.