UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
JUDGE RODNEY W. SIPPEL
COURTROOM PROCEEDING 10 SOUTH
COURTROOM MINUTE SHEET CIVIL

CASE NO. **4:10CV712 RWS**

**Joseph Hamlton, et al v. Overland MO, City of**

DATE: **2/28/11**

Court Reporter: **Shannon White**

Deputy Clerk: **Andrea Luisetti**

Attorneys for Plaintiffs: **Thomas P. Germeroth, Scott Kolker, Robert DeVoto**

Attorneys for Defendants: **Robert Krehbiel, Megan Hoffman**

(X) Parties present for hearing on:

Settlement; Testimony heard; Proposed Judgment taken under submission.

Proceeding Commenced: **2:15 pm.**
Proceeding Concluded: **2:30 p.m.**