# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL DEAN HAMILTON, et al. ) | |
| ) | |
| Plaintiff, ) | Case No.: 4:10-CV-00712-RWS |
| v. ) | |
| ) | |
| CITY OF OVERLAND, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL

Plaintiffs Anthony Hamilton, Joseph Raymond Hamilton, Michael Dean Hamilton, and intervenor-plaintiff Patricia Weaver, through their respective counsel of record, and defendants City of Overland and Andrew Thomas Ringeisen, through their respective counsel of record, hereby stipulate that plaintiffs' and intervenor-plaintiff's action, and all claims set forth in the second amended complaint, are to be dismissed with prejudice, with each party bearing that party's own attorney fees. Plaintiffs acknowledge that taxable court costs have been paid on behalf of defendant Ringeisen.

Respectfully submitted,

KOLKER & GERMEROTH, LLC        KING, KREHBIEL, HELLMICH
                               & BORBONUS, LLC

By:   */s/ Thomas Germeroth*          By:   */s/ Robert J. Krehbiel*
   THOMAS P. GERMEROTH, #69096           ROBERT J. KREHBIEL #28616MO
   7730 Carondelet, Suite 310            2000 S. Hanley Road
   Clayton, MO  63105                    St. Louis, MO  63144-1524
   Phone:  (866) 770-8691                Phone:  (314) 646-1110
   Fax:     (314) 226-1426               Fax:     (314) 646-1122
   E-mail:  tpg@kolkergermeroth.com      E-mail:  rkrehbiel@kkhhb.com
   *Attorneys for Plaintiffs Anthony Hamilton,*   *Attorneys for Defendant City of Overland*
   *Joseph Raymond Hamilton, and Michael*
   *Dean Hamilton*

| ROBERT L. DEVOTO, L.C. | LAW OFFICES OF RICK BARRY, P.C. |
|---|---|
| By:   */s/ Robert L. DeVoto*<br>Robert L. DeVoto, #126419<br>9322 Manchester Road<br>Manchester Professional Building<br>St. Louis, MO 63119<br>Phone:  (314) 961-0097, ext. 14<br>Fax: (314) 961-6107<br>E-mail: rdevotolaw@yahoo.com<br>*Attorneys for Intervenor-Plaintiff*<br>*Patricia Weaver* | By:   */s/ Rick Barry, III*<br>RICK BARRY, III, #2572<br>2726 S. Brentwood Blvd.<br>St. Louis, MO 63144<br>Phone:     (314) 918-8900<br>Fax:           (314) 918-8901<br>E-mail:     rickbarry@rickbarrypc.com<br>*Attorney for Defendant Andrew Ringeisen* |